DAVID ALLEN (SBN 87193)
DAVID ALLEN & ASSOCIATES
5230 Folsom Boulevard
Sacramento, California 95819
Telephone:    916-455-4800
Facsimile:    916-451-5687

Attorneys for Plaintiff
COLLEEN LUNA

MISTY A. MURRAY (SBN 196870)
mmurray@hinshawlaw.com
HINSHAW & CULBERTSON LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
Telephone:   213-680-2800
Facsimile:   213-614-7399

PETER J. FELSENFELD (SBN 260433)
pfelsenfeld@hinshawlaw.com
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
Telephone:   415-362-6000
Facsimile:   415-834-9070

Attorneys for Defendant
METROPOLITAN LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| COLLEEN LUNA, | Case No. 2:21-cv-00733-WBS-KJN |
| Plaintiff, | (Hon. William B. Shubb) |
| vs. | **JOINT REQUEST FOR MODIFICATION OF PRE-TRIAL SCHEDULING ORDER; ORDER** |
| METROPOLITAN LIFE INSURANCE COMPANY, et al., | |
| Defendants. | Complaint Filed:  April 24, 2021 |

**STIPULATION**

Plaintiff Colleen Luna ("Plaintiff") and Defendant Metropolitan Life Insurance Company ("Defendant") (collectively the "Parties"), by and through their respective counsel, hereby jointly request that the Court modify the current Pre-Trial Scheduling Order as follows:

WHEREAS, on August 2, 2021, the Parties submitted their Joint Case Management Statement ("CMS"). (Dkt #11) As stated in the CMS, this case involves a claim for long-term disability ("LTD") benefits under an employer-sponsored plan. Accordingly, Plaintiff's claim is governed by the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §§ 1001 *et seq.*

WHEREAS, in the CMS, the Parties proposed certain modifications of the standard pretrial proceedings, including that the case be resolved by way of Cross Motions for Judgment pursuant to FRCP 52 to be determined by the Court based upon the Administrative Record and without live testimony or expert witnesses. The Parties further proposed a briefing schedule with opening briefs, responding briefs, and no more than a half-day bench trial. Finally, the Parties agreed to waive the Final Pretrial Conference and its attendant requirements.

WHEREAS, on August 3, 2021, the Court issued a Pre-Trial Scheduling Order (Dkt#12), which set a Final Pre-Trial Conference for August 1, 2022 and further required that "Counsel for all parties are to be fully prepared for trial at the time of the Pretrial Conference, with no matters remaining to be accomplished except production of witnesses for oral testimony." The Order further stated that "Counsel shall file separate pretrial statements" and "referred to Local Rules 281 and 282 relating to the contents of and time for filing those statements." (Dkt#12)

WHEREAS, the Court also set Trial for October 4, 2022 in accordance with the procedures set forth in *Kearney v. Standard Ins. Co*., 175 F.3d 1084 (9th Cir. 1999) (ERISA cross motions). However, the Order does not establish a schedule for Cross Briefing under Rule 52.

NOW THEREFORE, the Parties respectfully jointly request that the Court modify the Pre-Trial Scheduling Order as follows:

- Strike the Final Pre-Trial Conference set for August 1, 2022 and its attendant requirements;

- Set a Status Conference for August 1, 2022 for purposes of scheduling a Settlement Conference as set forth in the Court's Order (Dkt#12)
- Set the following Cross Briefing Schedule for the Trial of this matter:
    - Deadline to file Opening Rule 52 briefs:  September 6, 2022
    - Deadline to file Responsive Rule 52 briefs:  September 20, 2022
    - Hearing on Cross Motions for Judgment:  October 4, 2022

The requested modification will not affect any other deadlines or requirements set forth in the Pre-Trial Scheduling Order.

Respectfully submitted by,

Dated:  August 13, 2021              DAVID ALLEN & ASSOCIATES

By:  */s/ David Allen*
DAVID ALLEN
Attorneys for Plaintiff
COLEEN LUNA

Dated:  August 13, 2021              HINSHAW & CULBERTSON LLP

By:  */s/ Peter J. Felsenfeld*
MISTY A. MURRAY
PETER J. FELSENFELD
Attorneys for Defendant
METROPOLITAN LIFE INSURANCE COMPANY

**FILER'S ATTESTATION**

In compliance with Local Rules, I, Peter J. Felsenfeld, hereby attest that all party signatories hereto concur in this filing.

*/s/ Peter J. Felsenfeld*
PETER J. FELSENFELD

# ORDER

Having reviewed the parties Stipulation to Modify the Pre-Trial Scheduling Order in the ERISA-governed matter, and for GOOD CAUSE APPEARING, it is hereby ordered that the Court the Pre-Trial Scheduling Order (Dkt#12) shall be modified as follows:

- Strike the Final Pre-Trial Conference set for August 1, 2022 and its attendant requirements
- Set a Status Conference for August 1, 2022 at 1:30 p.m. for purposes of scheduling a Settlement Conference as set forth in the Court's Order (Dkt#12)
- Set the following Cross Briefing Schedule:
    - Deadline to file Opening Rule 52 briefs:  September 6, 2022
    - Deadline to file Responsive Rule 52 briefs:  September 20, 2022
    - Hearing on what the parties have characterized as Cross Motions for Summary Judgment, which will in fact be the final hearing on the merits pursuant to the procedures set forth in Kearney v. Standard Ins. Co., 175 F.3d 1084 (9th Cir. 1999):  October 4, 2022 at 9:00 a.m.

The requested modification will not affect any other deadlines or requirements set forth in the Pre-Trial Scheduling Order.

**IT IS SO ORDERED.**

Dated:  August 16, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE