**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| COLLEEN LUNA, | ) Case No. 2:21-cv-00733-WBS-KJN |
| Plaintiff, | ) (Hon. William B. Shubb) |
| vs. | ) **ORDER ON STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE** |
| METROPOLITAN LIFE INSURANCE COMPANY, et al., | ) |
| Defendants. | ) Complaint Filed: April 24, 2021 |

## **ORDER**

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed in its entirety with prejudice as to all parties. Each party shall bear her or its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: August 23, 2022

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE